

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00178-CR

| | | |
|---|---|---|
| Gregory Shawn Henley | § | From County Criminal Court No. 5 |
| | § | of Tarrant County (1277030) |
| | § | December 18, 2014 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Concurrence by Justice Gardner |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
        Justice Lee Ann Dauphinot